DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THOMAS JOSEPH CHRISTENSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3002

[April 5, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Lawrence M. Mirman, Judge; L.T. Case No. 432011CF000205A.

Rachael E. Bushey of O'Brien Hatfield, P.A., Tampa, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and CONNER, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***